# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

                Respondent,

v.

BRIAN DANSIE,

                Appellant.

No. 76133-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: APR 1 7 2017

2017 APR 17 AM 10: 27
COURT OF APPEALS DIV 1
STATE OF WASHINGTON
FILED

PER CURIAM. — Petitioner Brian Dansie has filed a motion for discretionary review of trial court orders denying his motion to vacate the record of his criminal conviction. The State of Washington filed a motion to concede error and remand for a new hearing. Dansie filed an answer to the State's motion, and the State has filed a reply.

The motion for discretionary review is granted. We also accept the State's concession of error in part, accelerate review, and remand. On remand, the trial court is directed to clarify on the record the "good cause" reason for denying the motion to vacate under RCW 9.94A.640. We decline Dansie's request that the matter be remanded for a new hearing before a different judge.

Remanded for further proceedings.

For the Court: